# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:10-cr-00290 |
| ) | Judge Trauger |
| ANTHONY FIZER ) | |

## ORDER

It is hereby ORDERED that a hearing shall be held on the Superseding Petition to Revoke Supervision (Docket No. 60) on Wednesday, April 26, 2017 at 3:30 p.m.

It is so **ORDERED**.

ENTER this 12th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge